# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. SPROUT,<br><br>            Plaintiff,<br><br>    v.<br><br>HO, et al.,<br><br>            Defendants. | Case No. 1:14-cv-02089 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO KEEP COURT APPRISED OF CURRENT ADDRESS<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Richard B. Sprout ("Plaintiff") is an inmate in the Stanislaus County Jail proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 31, 2014.[1]

On October 16, 2015, the Court screened Plaintiff's First Amended Complaint and ordered him to return service documents within thirty (30) days of the date of service of the order.

On November 6, 2015, Plaintiff's mail was returned to this Court by the United States Postal Service with a notation, "Undeliverable, RTS: Not deliverable as addressed-Not in custody."

Plaintiff has not provided the Court with a current address as required by Local Rule 183(b), or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERD TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to keep the Court apprised of his current address. Plaintiff shall file a

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on January 16, 2015.

1  response to this order within twenty-one (21) days of the date of service of this order.  Plaintiff may
2  also comply with this order by notifying the Court of his current address.
3    <u>Failure to file a response will result in dismissal of this action.</u>

IT IS SO ORDERED.

 Dated: **January 15, 2016**     /s/ *Dennis L. Beck*
                UNITED STATES MAGISTRATE JUDGE